No. 01–7524. DAUGHERTY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7527. ACEVES-TELLO v. UNITED STATES; GARCIA-MARISCAL, AKA ANTONIO GARCIA v. UNITED STATES; ENRIQUEZ-VILLA, AKA ENRIQUEZ v. UNITED STATES; GARCIA-PARRA v. UNITED STATES; MARTINEZ-ARROYO, AKA MARTINEZ v. UNITED STATES; PIEDRA-OJEDA v. UNITED STATES; SALINAS-CANO v. UNITED STATES; and URBINA-PEREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 273 F. 3d 1102 (fifth and eighth judgments) and 1103 (first, second, third, fourth, sixth, and seventh judgments).

No. 01–7530. QUINTERO-HERRERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7531. MERCER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–7532. MCDANNIEL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–7535. CHHIEN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–7536. DUKES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–7537. HAS NO HORSES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–7539. DOUGLAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7543. CHAVEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–7546. JOHNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7549. KARR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7550. LAWRENCE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.